UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MARQUISE RAMYYEH | No. 24 CR 566-4<br><br>Judge Rebecca R. Pallmeyer |

**Under Seal Filing**

                        Respectfully submitted,

                        ANDREW S. BOUTROS
                        United States Attorney

By:    */s/ Emily C.R. Vermylen*
            EMILY C.R. VERMYLEN
            Assistant United States Attorney
            219 South Dearborn St., Rm. 500
            Chicago, Illinois 60604

Dated: January 9, 2026